UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PHYLLISANNE INGLIS, as Trustee of the   )
DAVID M. RATTS Living Trust, Deceased,  )
      Plaintiff,                                                  )
                                                                    )
  vs.                                                            )        1:05-cv-1194-RLY-TAB
                                                                    )
LIFE INSURANCE COMPANY OF         )
NORTH AMERICA,                               )
      Defendant.                                              )

# JUDGMENT

The court finds that Mr. Ratts was a "Covered Person" and that his death was a "Covered Loss" resulting directly and independently of all other causes from a "Covered Accident" within the applicable time period specified in the *Schedule of Benefits* pursuant to Life Insurance Company of North America's ("LINA") Group Accident Policy No. OK 980032.  Accordingly, the court hereby finds that the Plaintiff, Phyllisanne Inglis, as Trustee of the David M. Ratts Living Trust, Deceased, is entitled to payment in the amount of $240,000.00 pursuant to LINA's Policy.  Judgment is hereby entered in favor of the Plaintiff, Phyllisanne Inglis, as Trustee of the David M. Ratts Living Trust, Deceased, and against the defendant, LINA, in the amount of $240,000.00.

**SO ORDERED** this <u>14th</u> day of May 2008.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Electronic Copies to:

Timothy Charles Caress
CLINE FARRELL CHRISTIE LEE & CARESS
tim@cfclc-law.com

Jennifer Jay Kalas
HINSHAW & CULBERTSON
jkalas@hinshawlaw.com

Renee J. Mortimer
HINSHAW & CULBERTSON
rmortimer@hinshawlaw.com

Daniel Keenan Ryan
HINSHAW & CULBERTSON
dryan@hinshawlaw.com